IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARKEL INSURANCE COMPANY, a foreign corporation,

    Plaintiff,

v.

MINNESOTA PLACE LLC, an Oregon limited liability company; CREA MINNESOTA PLACES, LLC ISAOA, an Indiana limited liability company; CREA SLP, LLC ISAOA, an Indiana limited liability company; STERNS BANK, N.A., a foreign corporation,

    Defendants.

Case No. 25-cv-00765-AB

ORDER OF DISMISSAL WITHOUT PREJUDICE

**BAGGIO, District Judge:**

Plaintiff Markel Insurance Company filed a Stipulated Motion for Voluntary Dismissal (ECF 15) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Based upon the parties' stipulation (ECF 15), the above-captioned matter is dismissed without prejudice with each party bearing its own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED this 15th day of July 2025.

_____
AMY M. BAGGIO
United States District Judge

1 – ORDER OF DISMISSAL WITHOUT PREJUDICE